**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Surgicare Surgical Associates of Mahwah LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-2811130** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **400 Franklin Turnpike #200.02 Mahwah, NJ 07430** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Bergen** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Surgicare Surgical Associates of Mahwah LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

6219

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  **Surgicare Surgical Associates of Mahwah LLC**                    Case number (*if known*) _____

    Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

          Contact name _____

          Phone _____

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Surgicare Surgical Associates of Mahwah LLC**                    Case number (*if known*)
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Surgicare Surgical Associates of Mahwah LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 27, 2023**
MM / DD / YYYY

**X** **/s/ Dr. Jeffrey Horowitz**                              **Dr. Jeffrey Horowitz**
Signature of authorized representative of debtor              Printed name

Title   **Co-Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Douglas J. McGill, Esq.**                    Date   **April 27, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Douglas J. McGill, Esq.**
Printed name

**Webber McGill LLC**
Firm name

**100 E. Hanover Avenue**
**Suite 401**
**Cedar Knolls, NJ 07927**
Number, Street, City, State & ZIP Code

Contact phone   **(973) 739-9559**          Email address   **dmcgill@webbermcgill.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Surgicare Surgical Associates of Mahwah LLC**

United States Bankruptcy Court for the:      DISTRICT OF NEW JERSEY

Case number (if known)      _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 27, 2023**          X **/s/ Dr. Jeffrey Horowitz**
                                              Signature of individual signing on behalf of debtor

                                         **Dr. Jeffrey Horowitz**
                                         Printed name

                                         **Co-Managing Member**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Surgicare Surgical Associates of Mahwah LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acumed 7995 Collection Center Drive Chicago, IL 60693** | | | | | | **$18,237.15** |
| **Alcon Dallas JPMC Bank Lockbox 735843 PO Box 735843 Dallas, TX 75373-5843** | | | | | | **$62,603.11** |
| **AMO Sales & Service, Inc. PO Box 74007099 Chicago, IL 60674-7099** | | | | | | **$28,344.00** |
| **Arthrex PO Box 403511 Atlanta, GA 30384-3511** | | | | | | **$30,753.90** |
| **Brach Eichler LLC 101 Eisenhower Parkway Roseland, NJ 07068** | | | | | | **$18,744.15** |
| **DJO Trillian Surgical LTD Dept 426 PO Box 4458 Houston, TX 77210-4458** | | | | | | **$25,436.00** |
| **Epstein Becker & Green, P.C. One Gateway Center Newark, NJ 07102** | | | | | | **$117,077.00** |

| Debtor | **Surgicare Surgical Associates of Mahwah LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Flex Financial, a Div of Stryker** **25652 Network Place** **Chicago, IL 60673-1213** | | | | | | **$14,929.08** |
| **GraMedica** **16137 Leone Drive** **Macomb, MI 48042** | | | | | | **$35,460.00** |
| **GRC Mechanical Services** **244 Green Street** **South Hackensack, NJ 07606-0110** | | | | | | **$29,713.60** |
| **J&J Health Care Systems Inc.** **5972 Collection Center Drive** **Chicago, IL 60693** | | | | | | **$55,800.29** |
| **Medline** **Box 382075** **Pittsburgh, PA 15251** | | | | | | **$16,743.72** |
| **Merritt Healthcare Holdings LLC** **75 Danbury Road Unit B5** **Ridgefield, CT 06877** | | | | | | **$413,870.72** |
| **National Medical Billing Services** **7 Arnage Road** **Chesterfield, MO 63005** | | | | | | **$61,511.23** |
| **Novastep, Inc.** **930 Sylvan Avenue Suite 125** **Englewood Cliffs, NJ 07632** | | | | | | **$19,162.00** |
| **Smith & Nephew Capital** **5050 Lincoln Drive Suite 400** **Edina, MN 55436** | | | | | | **$30,244.17** |
| **Smith & Nephew, Inc.** **PO Box 842935** **Dallas, TX 75284** | | | | | | **$190,730.09** |

Debtor  **Surgicare Surgical Associates of Mahwah LLC**

Name                                                          Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State of New Jersey Division of Taxation Compliance & Enforcement - Bankruptcy 50 Barrack Street, 9th Floor PO Box 245 Trenton, NJ 08695** | | | | | | **$74,031.40** |
| **Valley Regional Medical Center LLC 400 Franklin Turnpike Mahwah, NJ 07430** | | | | | | **$200,062.31** |
| **Wright Medical Technology PO Box 503482 Saint Louis, MO 63150** | | | | | | **$15,528.64** |

**United States Bankruptcy Court**
**District of New Jersey**

In re   **Surgicare Surgical Associates of Mahwah LLC**      Case No. _____
                                                   Debtor(s)      Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Co-Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:   **April 27, 2023** _____      **/s/ Dr. Jeffrey Horowitz** _____

                                                         **Dr. Jeffrey Horowitz**/Co-Managing Member
                                                         Signer/Title

A.M. Surgical, Inc.
285 Middle Country Road
#206
Smithtown, NY 11787


Abbott Laboratories, LLC
22400 Network Place
Chicago, IL 60673


Accurate Alarm Systems, Inc.
680 North Monroe Street
Ridgewood, NJ 07450


Acumed
7995 Collection Center Drive
Chicago, IL 60693


Alcon
Dallas JPMC Bank
Lockbox 735843
PO Box 735843
Dallas, TX 75373-5843


Amkai, LLC
PO Box 930484
Atlanta, GA 31193-0484


AMO Sales & Service, Inc.
PO Box 74007099
Chicago, IL 60674-7099


Anatomy IT, LLC
44-02 11th Street
Suite 508
Long Island City, NY 11101


Arthrex
PO Box 403511
Atlanta, GA 30384-3511


ASC Exchange
PO Box 40724
Houston, TX 77240

Axogen
13631 Progress Blvd
Suite 400
Alachua, FL 32615


BONESUPPORT, INC.
PO Box 844806
Boston, MA 02284


Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068


Caligor RX Inc.
1226 Lexington Avenue
New York, NY 10028


Cardinal Health Med. Prods & Serv.
PO Box 13862
Newark, NJ 07188-0862


Carl Soranno, Esq.
Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068


Chief Security Systems Inc.
942 Spring Valley Road
NJ 07807


City MD
PO Box 8549
Belfast, ME 04915


Command Health
PO Box 92170
Las Vegas, NV 89193-2170


Conmed Linvatec
PO Box 301231
Dallas, TX 75303-1231


Crossroads Extremity Systems, LLC
6055 Primacy Parkway
Memphis, TN 38119

DJO Trillian Surgical LTD
Dept 426
PO Box 4458
Houston, TX 77210-4458


Domier MedTech
22826 Network Place
Chicago, IL 60673


Dornoch Medical Systems, Inc.
200 NW Parkway Drive
Riverside, MO 64150


Dr. Alan Gotesman
24 Hillside Court
Suffern, NY 10901


Dr. Andrew Somberg
132 Woodland Rod
Montvale, NJ 07645


Dr. Arthur Antler
12-55 Orchard Street
Fair Lawn, NJ 07410


Dr. Barry J. Schoenberg
309 Chelsea Manor
Park Ridge, NJ 07656


Dr. Chong K. Oh
6 Kempster Road
Scarsdale, NY 10583


Dr. Doron Ilan
97 Dearfield Lane N
Pleasantville, NY 10570


Dr. Evan Gaines
313 W. 118th St.
#1C
New York, NY 10026


Dr. Homayoon Hatefi
516 Long Drive
Wyckoff, NJ 07481

Dr. Jason Fond
12 Cambridge Road
Woodcliff Lake, NJ 07677


Dr. Jeffery Oppenheim
400 Harbor Cove
Piermont, NY 10968


Dr. Jeffrey Horowitz
12 Harvest Road
New City, NY 10956


Dr. John Beronio
255 Faltituen Avenue
Kenilworth, NJ 07033


Dr. Jordan Simon
23 Charmwood Drive
Montebello, NY 10901


Dr. Mark Medici
24 Par Road
Suffern, NY 10901


Dr. Michael Moore
30 Lost Tree Lane
Ramsey, NJ 07446


Dr. Patrick Murray
88 Wood Avenue
Ardsley, NY 10502


Dr. Richard Popowitz
41 Senatory Levy Drive
Suffern, NY 10901


Dr. Soo Mee Park
116 Lawrence Road
Mahwah, NJ 07430


Dr. William Carney
127 Union Street
Ridgewood, NJ 07450

Epstein Becker & Green, P.C.
One Gateway Center
Newark, NJ 07102


Ever Ready Oil Company
295 Hudson Street
Hackensack, NJ 07601


Extremity Medical
300 Interpace Parkway
Suite 410
Parsippany, NJ 07054


Federal Express
PO Box 371461
Pittsburgh, PA 15250


Flex Financial, a Div of Stryker
25652 Network Place
Chicago, IL 60673-1213


FPR Holdings LP
8221 Tristar Drive
Irving, TX 75063


GraMedica
16137 Leone Drive
Macomb, MI 48042


GRC Mechanical Services
244 Green Street
South Hackensack, NJ 07606-0110


Healthcare Systems & Technologies
1801 West End Ave.
Suite 300
Nashville, TN 37203


IMAGEFIRST
PO Box 844891
Boston, MA 02284-4891


Imprimis Pharmaceuticals Inc.
PO Box 51314
Los Angeles, CA 90051

In2Bones USA
6000 Poplar Avenue
Suite 115
Memphis, TN 38119


Inegra Lifesciences Corp.
PO Box 404129
Atlanta, GA 30384-4129


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


ISS Solutions
PO Box 13700-1066
Philadelphia, PA 19191


J&J Health Care Systems Inc.
5972 Collection Center Drive
Chicago, IL 60693


JDJ Consulting, LLC
6 North Synnott Avenue
Wenonah, NJ 08090


Jeffrey Zenn, Esq.
Cullen and Dykman LLP
Continental Plaza
433 Hackensack Avenue
Hackensack, NJ 07601


Joint Restoration Foundation
PO Box 843549
Kansas City, MO 64184


Linde Gas & Equipment Inc.
PO Box 328000
Pittsburgh, PA 15250-8000


Maglin, Miskiv & Assocs, CPAs
299 Cherry Hill Road
Suite 100
Parsippany, NJ 07054

Mark Belanich
8 Wendy Lane
East Northport, NY 11731


Medline
Box 382075
Pittsburgh, PA 15251


Merritt Healthcare Holdings LLC
75 Danbury Road
Unit B5
Ridgefield, CT 06877


Microaire
Lockbox 96565
Chicago, IL 60693


Minerva Sugical
4255 Burton Drive
Santa Clara, CA 95054


MRK Consulting, LLC
5 Cliff Road D-3
West Paterson, NJ 07424


National Medical Billing Services
7 Arnage Road
Chesterfield, MO 63005


NEVRO Corp.
PO Box 845694
Dallas, TX 75284-5694


NFS Leasing
900 Cummings Center
Suite 226-U
Beverly, MA 01915


NJ AASC
414 River View Plaza
Trenton, NJ 08611

Northeastern Anasthesia
480 Bedord Road
Suite 4202
Chappaqua, NY 10514


Novastep, Inc.
930 Sylvan Avenue
Suite 125
Englewood Cliffs, NJ 07632


Olympus America
PO Box 200194
Pittsburgh, PA 15250-0194


Pajunk Medical Systems
4575 Marconi Drive
Alpharetta, GA 30005


Paragon 28
Dept 1532
PO Box 30106
Salt Lake City, UT 84130


Parametrics Medical
1501 Leander Drive
Suite 140
Leander, TX 78641


Peak Medical Solutions
1275 Bloomfield Ave.
Suite 30 Bldg 6
Fairfield, NJ 07004


Phoenix Surgical LLC
PO Box 356
Southport, CT 06890-0356


Press Ganey Associates LLC
Box 88335
Milwaukee, WI 53288-0335


ProShred Security
152 Eagle Rock Avenue
Roseland, NJ 07068

Quench
58 Harding Avenue
Dover, NJ 07801


Regent Medical Properties, LLC
85 Harristown Road
2nd Floor
Glen Rock, NJ 07452


RTI Surgical, Inc.
PO Box 734959
Chicago, IL 60673-4959


Sharps Compliance, Inc.
PO Box 679502
Dallas, TX 75267-9502


Sight Sciences
PO Box 748988
Los Angeles, CA 90074


Smith & Nephew Capital
5050 Lincoln Drive
Suite 400
Edina, MN 55436


Smith & Nephew, Inc.
PO Box 842935
Dallas, TX 75284


SPH Analytics
PO Box 526
Duluth, GA 30096


Staples
PO Box 70242
Philadelphia, PA 19175-0242


State of New Jersey
Div of Fire Safety
PO Box 663
Trenton, NJ 08646

State of New Jersey
Div of Employer Accounts
PO Box 059
Trenton, NJ 08646-0059


State of New Jersey
Dept of Labor & Workforce Dev
PO Box 929
Trenton, NJ 08646-0929


State of New Jersey
Office of Weights & Measures
PO Box 490
Avenel, NJ 08002


State of New Jersey Division of Taxation
Compliance & Enforcement - Bankruptcy
50 Barrack Street, 9th Floor
PO Box 245
Trenton, NJ 08695


Steris Corp
PO Box 64063
Pittsburgh, PA 15264-4063


Stryker Orthopaedics
25652 Network Place
Chicago, IL 60673


Summit Medical Group, P.A.
150 Floral Avenue
New Providence, NJ 07974


Tenex
26902 Vista Terrace
Lake Forest, CA 92630


The Jayson Company
2150 Stanley Terrace
Union, NJ 07083


The Ruhof Corporation
393 Sagamore Avenue
Mineola, NY 11501

The Tri-Tech Group
PO Box 487
Suffern, NY 10901


Treace Medical Concepts, Inc.
Dept CH 17535
Palatine, IL 60055-7535


Tri State Biologics
700 Plaza Drive
Suite 215
Secaucus, NJ 07094


Trimed, Inc.
PO Box 55189
Valencia, CA 91385-0189


TruDiligence
3190 S. Wadsworth Blvd
Suite 260
Lakewood, CO 80227


Valley Regional Medical Center LLC
400 Franklin Turnpike
Mahwah, NJ 07430


Viking Pest Control
PO Box 158
Liberty Corner, NJ 07938


Wright Medical Technology
PO Box 503482
Saint Louis, MO 63150


Zimmer Biomet
14235 Collections Center Dr.
Chicago, IL 60693